Amexdsnb
9111 Duke Blvd
Mason, OH   45040

Cap1/bstby
PO Box 5253
CAROL STREAM, IL   60197

Cap1/ymaha
Po Box 30253
Salt Lake City, UT   84130

Capital One / Yamaha
Po Box 30258 Attn: Bankruptcy Dept
Salt Lake City, UT   84130

Chase Card
Po Box 15298
Wilmington, DE   19850

Citi
Po Box 6241
Sioux Falls, SD   57117

Citibank Sd, Na
Po Box 20363 Attn: Centralized Bankruptc
Kansas City, MO   64195

Citibank/the Home Depot
Po Box 790040
Citicorp Credit Srvs/Centralized Bankrup
Saint Louis, MO   63179


GECRB/CARE CREDIT
P.O. Box 960061
Orlando, FL   32896-0061


GECRB/JCP
P.O. Box 960090
Orlando, FL   32896-0090


GECRB/ONDC
950 FORRER BLVD SYNCHRONY BANK
KETTERING, OH   45420


GECRB/TOYSRUS
950 FORRER BLVD SYNCHRONY BANK
KETTERING, OH   45420


Kohls/capone
Po Box 3115
Milwaukee, WI   53201


Macy's/American Express
P.O. Box 183084
Columbus, OH   43218-3084

Mcydsnb
9111 Duke Blvd
Mason, OH   45040


Mohela/dept Of Ed
633 Spirit Dr
Chesterfield, MO   63005


Nissan Motor Acceptanc
Po Box 660360
Dallas, TX   75266


Nissan Motor Acceptance
8900 Freeport Parkway Attn: Bankruptcy
Irving, TX   75063


Sears/cbna
Po Box 6282
Sioux Falls, SD   57117


SEARS/CBNA
P.O. Box 688957
Des Moines, IA   50368-8957


SYNCHRONY BANK
950 FORRER BLVD
KETTERING, OH   45420

Thd/cbna
Po Box 6497
Sioux Falls, SD  57117

THD/CBNA/The Home Depot
P.O. Box 182676
Columbus, OH  43218-2676