03/11/2016 Allowed.

# DISTRICT OF MASSACHUSETTS
# UNITED STATES BANKRUPTCY COURT

Re:                                                      )
                                                         )
Mafalda Sofia Lawrence,                                  )
    Petitioner                        )
                                                         )
Case Number: 15-14587JNF                                 )
                                                         )

## DEBTOR'S MOTION TO AMEND CHAPTER 13 PLAN

    Now come the Debtor in the above-captioned case hereby move this Honorable Court to amend her Chapter 13 Plan.  As ground therefore debtor states the same is necessary to incorporate the Debtor's vehicle in the liquidation analysis. Debtor states that the amendment is proposed are in the interest of justice.

    WHEREFORE, Petitioner prays that this Honorable Court grant this motion.

Date:  February 9, 2015


                    Respectfully submitted,
                    Mafalda Sofia Lawrence
                    By her Attorney,

                    /S/ Kathleen Horan McLean
                    _____
                    Kathleen Horan McLean, Esquire
                    17 Orchard Street
                    New Bedford, MA 02740
                    (508) 991-2216
                    BBO# 657357